**United States Court of Appeals**
**Fifth Circuit**

**F I L E D**

**June 21, 2006**

**Charles R. Fulbruge III**
**Clerk**

IN THE UNITED STATES COURT OF APPEALS
FOR THE FIFTH CIRCUIT

No. 05-60821
Conference Calendar

UNITED STATES OF AMERICA,

                                        Plaintiff-Appellee,

versus

RICHARD LEE CLONCE, also known as Rick Clonce,

                                        Defendant-Appellant.

--------------------
Appeal from the United States District Court
for the Southern District of Mississippi
USDC No. 4:03-CR-14
--------------------

Before STEWART, DENNIS, and OWEN, Circuit Judges.

PER CURIAM:[*]

     The Federal Public Defender appointed to represent Richard Lee
Clonce has requested leave to withdraw and has filed a brief as
required by <u>Anders v. California</u>, 386 U.S. 738 (1967).  Clonce
received a copy of counsel's motion and has not filed a response.
Our independent review of counsel's brief and the record discloses
no nonfrivolous issue for appeal.  Counsel's motion for leave to
withdraw is GRANTED, counsel is excused from further
responsibilities, and the appeal is DISMISSED.  <u>See</u> 5TH CIR. R.
42.2.

---

     [*] Pursuant to 5TH CIR. R. 47.5, the court has determined that
this opinion should not be published and is not precedent except
under the limited circumstances set forth in 5TH CIR. R. 47.5.4.